JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE M. FANT, | Case No. ED CV 15-1112-SJO (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| STU SHERMAN, Warden, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: April 29, 2016

*S. James Otero*
_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE